# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE RE: DEFENDANT'S COUNSEL'S
MOTION FOR LEAVE TO WITHDRAW UNDER
CIRCUIT RULE 51(b)

E-FILED
Monday, 01 August, 2005 04:27:06 PM
Clerk, U.S. District Court, ILCD

FILED
AUG - 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DISTRICT COURT CLERK'S OFFICE:
This appeal is now ready for oral argument (or submission without oral argument). Pursuant to Circuit Rule 11(a) the record is to be transmitted to the Clerk's Office of this court immediately.
U.S.C.A. Clerk

Date: July 28, 2005

To:
    Kevin Hull
    FEDERAL MEDICAL CENTER DEVENS
    #03328-026
    P.O. Box 879
    Ayer, MA  01432

You are the appellant in a case now pending in this court:

No. 05-2151

UNITED STATES OF AMERICA,
        Plaintiff - Appellee

  v.

KEVIN HULL,
        Defendant - Appellant


Appeal from the United States District Court for the
Central District of Illinois
No. 04 CR 10047, Joe Billy McDade, Judge

    Your attorney filed a brief on 7/28/05, stating a belief that your appeal is frivolous and requesting permission to withdraw from the case.  Please be advised as follows:

1. You have 30 days from the date this notice was mailed in which to raise any points that you choose which show why your conviction should be set aside.
2. If you do not respond within the 30 days, the court may affirm or dismiss your appeal.  An affirmance or dismissal would mean that your case would be finally decided against you.
3. If you want to make a showing why the court should not affirm or dismiss your appeal and believe that there is a very good reason why you will not be able to file your objections with the court within the 30-day limit, you should <u>immediately</u> write to the court and ask for additional time up to 30 days.  If additional time is granted, you must file your reasons why the court should not affirm or dismiss your appeal before your additional time expires.
4. You do not have a right to another attorney unless this court finds that your showing requires that your case be further briefed or argued.  If the court finds that your case should

be further briefed or argued, an attorney will be appointed for you who will argue your appeal.

If you want to write to this court, you should address your letters to:
Clerk of the Court
United States Court of Appeals
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

Be sure when writing, to show clearly the name and number of your case.

Attorney for appellant:

Karl W. Bryning
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Suite 1500
401 N. Main Street
Peoria, IL 61602
309/671-7891


**IT IS ORDERED** that briefing in this appeal is **SUSPENDED** pending resolution of this matter.

(1113-121897)