E-FILED
Monday, 26 September, 2005 12:26:12 PM
 Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**DISMISSAL PER FRAP 42(b)**

CERTIFIED COPY

FILED
SEP 2 6 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: September 23, 2005

By the Court:

No. 05-2151

UNITED STATES OF AMERICA,
        Plaintiff - Appellee

v.

KEVIN HULL,
        Defendant - Appellant

Appeal from the United States District Court for the
Central District of Illinois
No. 04 CR 10047, Joe Billy McDade, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on September 22, 2005,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f).

(1025-110293)

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: September 23, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

FROM: Gino J. Agnello, Clerk

RE: 05-2151
USA v. Hull, Kevin
04 CR 10047, Joe Billy McDade, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

The record that was filed with this court in this cause
will be returned at a later date.

Copies of this notice sent to:        Counsel of record

[X]     United States Marshal

[X]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____          _____
(1203-052495)                          Deputy Clerk, U.S. District Court